# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149034

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

VERONICA CLARA McCLOUD,
     Defendant-Appellant.

SC: 149034
COA: 319662
Oakland CC: 2013-245213-FH

_____/

On order of the Court, the application for leave to appeal the March 4, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014


Clerk

h0721